# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## JUDGMENT RENDERED JUNE 11, 2025

---

## NO. 03-25-00286-CR

---

**Devan Michael Hunter, Appellant**

**v.**

**The State of Texas, Appellee**

---

### APPEAL FROM THE 274TH DISTRICT COURT OF HAYS COUNTY
### BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
### DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE ELLIS

---

This is an appeal from the judgment of conviction entered by the trial court. Devan Michael Hunter has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows Devan Michael Hunter to withdraw his notice of appeal, and dismisses the appeal. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.